SCOTT O. SMITH (SBN: 62839)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: bharvey@buchalter.com

Attorneys for TerraCotta Realty Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:13-BK-19490-CB |
| AUTO ORANGE II, LLC, | Chapter: 11 |
| Debtor. | **LIMITED OPPOSITION TO DEBTOR'S APPLICATION FOR EMPLOYMENT OF COUNSEL** |

Secured creditor TerraCotta Realty Fund, LLC ("TerraCotta") files this limited opposition to the approval of Auto Orange II, LLC's (the "Debtor") application to employ the Law Office of Zhou and Chini as general bankruptcy counsel (the "Employment Application"). Terra Cotta requests clarification from the Debtor on the following issues and requests that the Court deny the Employment Application until such time as these issues are sufficiently addressed:

1. <u>Source of Retainer:</u>   The Employment Application states that the Debtor has agreed to pay an initial retainer of $32,500, but goes on to state that Barry Baptiste and Craig Baptiste funded the retainer prepetition. The Debtor must clarify the source and terms of the retainer. For instance, are the funds being advanced by the

1  Baptistes as a loan or a gift?  Or are the Baptistes using the Debtor's funds held in

2  their personal bank accounts?

3     2.  <u>Identity of Client</u>:  In addition to the Debtor, the engagement letter attached to the

4  Employment Application identifies three other parties as the "client".  Due to the

5  potential conflict of interest that could arise from the representation of multiple

6  parties in the same bankruptcy case, proposed counsel for the Debtor must clarify

7  whether they intend to represent all four parties who executed the engagement

8  letter.

9      As a secured creditor with a lien on the Debtor's real property, including any rents

10  generated therefrom, TerraCotta requires clarification on these issues in order to determine if the

11  proposed terms of employment impact its rights and claims against the Debtor.

12

13

14  DATED:  January 6, 2014            BUCHALTER NEMER

15

16                  By:  <u>/s/ Brian Harvey</u>

17                       BRIAN T. HARVEY
                     Attorneys for Creditor

18                       TerraCotta Realty Fund, LLC.

BN 15487153v1

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**LIMITED OPPOSITION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled (*specify*): _____
LIMITED OPPOSITION TO DEBTOR'S APPLICATION FOR EMPLOYMENT OF COUNSEL _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/06/2014 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lei Lei Wang Ekvall-lekvall@wgllp.com; Brian T. Harvey-bharvey@buchalter.com, Scott O.
Smith-sscott@buchalter.com; Office of U.S. Trustee- ustpregion16.sa.ecf@usdoj.gov;
Elizabeth Lossing, Counsel for U.S. Trustee-elizabeth.lossing@usdoj.gov01-060;
James Zhou--Debtor's Counsel, jzhou@zhouchinilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/06/2014 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James Zhou, Esq.                           Auto Orange II, LLC
2151 Michelson Drive, Suite 164            9160 Irvine Center Drive, Suite 200
Irvine, CA 92612                           Irvine, CA 92618
Counsel for Debtor                         Debtor

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/06/2014 _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Catherine Bauer, United States Bankruptcy Court --Central District of California
Ronald Reagan Federal Building & Courthouse
411 W. Fourth Street, Suite 5165, Courtroom 5D
Santa Ana, CA 92701-459301-06-2014

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

01/06/2014    D. Bodkin _____          /s/ D. Bodkin _____
*Date*              *Printed Name*                                          *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**

Assured Lender Services, LLC
2552 Walnut Avenue Ste 100
Tustin, CA 92780

Chrysler Group Realty Company LLC
1000 Chrysler Drive, CIMS 485-04-25
Auburn Hills, MI 48326-2766

El Camino Real Estate Holdings
32925 Avenida Del Rosal
San Juan Capistrano, CA 92675

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19114

TerraCotta Realty Fund, LLC
2321 Rosecrans Avenue, Ste 3270
El Segundo, CA 90245