SCOTT O. SMITH (SBN: 62839)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: bharvey@buchalter.com

Attorneys for TerraCotta Realty Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>AUTO ORANGE II, LLC,<br><br>　　　　　Debtor. | Case No. 8:13-BK-19490-CB<br><br>Chapter: 11<br><br>**DECLARATION OF GREGORY A. BLOYD IN SUPPORT OF (1) TERRACOTTA REALTY FUND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (2) MOTION FOR DISMISSAL OF BANKRUPTCY CASE**<br><br>Date:　　February 5, 2014<br>Time:　　10:00 a.m.<br>Ctrm.:　　5D<br>　　　　　411 W. Fourth Street<br>　　　　　Santa Ana, CA 92701 |

　　　　I, Gregory A Bloyd, declare:

　　　　1.　　I am employed by TerraCotta Realty Fund, LLC ("Movant") and presently serve in the capacity of Senior Vice President. I have been working on and am one of the employees responsible for the loan account of Auto Orange II, LLC (the "Debtor").

　　　　2.　　As of the date hereof, I have personally worked on and reviewed Movant's books, records and files as they pertain to the respective loans and advances made by Movant to the Debtor. As to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from my review of Movant's business records, and if sworn as a witness, I

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1
**DECLARATION OF GREGORY A. BLOYD**

1 could and would testify competently to the truth thereof.

2   3.   In my capacity as an officer of Movant, I am a custodian of records for documents
3 relating to Movant's business dealings with the Debtor. It is the general practice of Movant to
4 keep these documents in a segregated customer loan file in a safe and secure place at its business
5 premises. It is the general practice of Movant to generate the documents contained in customer
6 loan files at or about the time they are dated. While under my supervision and control, any
7 significant agreement related to Movant's relationships with the Debtor were placed within the
8 customer loan file for safekeeping. All of the agreements discussed below were found and
9 located in Movant's customer loan file for the Debtor.

10   4.   In the ordinary course of its business, Movant maintains written records of all
11 sums loaned, advanced and charged to its customers and all payments made to Movant by
12 customers. This information is maintained by and retrieved from computers which are
13 programmed for the above purposes. On or about the date any sum is loaned, advanced or
14 charged to a customer, it is the general practice of Movant to make a written record of the amount
15 and its terms. It is the normal practice of these employees to make a computerized record on or
16 near the date any payment is received from a customer and to credit the same against the amounts
17 due and owing under the particular loan agreement with that customer. Movant operates in
18 reliance upon this procedure and the accuracy of the written records generated thereby.

19   5.   On August 23, 2007, the Debtor executed a Promissory Note in the principal
20 amount of $5,700,000 ("Note") in favor of Pacific Mercantile Bank ("PMB"). A complete and
21 accurate copy of the Note is attached hereto as Exhibit 1.

22   6.   On August 23, 2007, the Debtor executed a Deed of Trust against the Property
23 ("Deed of Trust") in favor of PMB. The Deed of Trust was recorded on August 29, 2007 as
24 instrument number 2007 000536022 in the official records of the County Recorder of Orange
25 County, California. A complete and accurate copy of the Deed of Trust is attached hereto as
26 Exhibit 2.

27   7.   On or about June 26, 2013, PMC executed an Assignment of Loan Documents,
28 Assignment of Deed of Trust, and Assignment of Assignment of Leases and Rents (the "First

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

2
**DECLARATION OF GREGORY A. BLOYD**

Assignment") assigning the Deed of Trust, among other things, to PM Asset Resolution, Inc. ("PMAR"). A complete and accurate copy of the First Assignment is attached hereto as Exhibit 3.

8. On or about September 9, 2013, PMAR executed an Assignment of Deed of Trust (the "Second Assignment"), assigning the Deed of Trust, among other things, to Movant. A complete and accurate copy of the Second Assignment is attached hereto as Exhibit 4. The above referenced loan documents are hereinafter collectively referred to as the "Loan Agreement"

9. Prior to the commencement of the Debtor's bankruptcy case, the Debtor defaulted on its obligations under the Loan Agreement by failing to pay the full monthly payment due November 2012 and the full amount of all required payments due thereafter. In addition, a non-monetary default occurred under the Loan Agreement resulting from the bankruptcy filing by guarantor Marc J. Spizzirri. The defaults remain uncured. As of the petition date, the Debtor was indebted to the Movant in the amount of not less than $5,549,684, not including all additional allowed accrued interest, late fees and any other applicable fees, costs and charges. A complete and accurate copy of a Payoff Statement is attached hereto as Exhibit 5.

10. In addition to Movant's senior Deed of Trust, there is a junior Deed of Trust recorded against the Property in the amount of $3,278,065 in favor of 1700 N. El Camino Real, LLC and an Abstract of Judgment recorded by Adair Roofing, Inc. on October 19, 2010 in the amount of $41,148.33. A complete and accurate copy of a recent title report for the Property is attached hereto as Exhibit 6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on January 7, 2014, in El Segundo, California.

_____
Gregory A. Bloyd

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

**DECLARATION OF GREGORY A. BLOYD**