# EXHIBIT 4

**Commonwealth Land Title Company**

RECORDING REQUESTED BY:

_____

_____

A CERTIFIED TRUE COPY OF AN INSTRUMENT
RECORDED 9-11-13
AS INSTRUMENT NO. 2013000528894
OFFICIAL RECORDS Orange County
Lawyers Title Company BY _____

WHEN RECORDED RETURN TO:
TERRACOTTA REALTY FUND, LLC
2321 ROSECRANS AVE., #3270
EL SEGUNDO, CA 90245

A.P.N. 668-291-13
8010299-27.

## ASSIGNMENT OF DEED OF TRUST

This ASSIGNMENT OF DEED OF TRUST ("Assignment") is made this 9th day of September, 2013, by PM ASSET RESOLUTION, INC., a California corporation ("Assignor"), to TERRACOTTA REALTY FUND, LLC, a Delaware limited liability company ("Assignee").

FOR VALUE RECEIVED, Assignor hereby grants, assigns, and transfers to Assignee any and all of its beneficial interest under that certain Deed Of Trust, dated August 23, 2007, made by Auto Orange II, LLC ("Borrower") for the benefit of Bank ("Deed of Trust"), and recorded on August 29, 2007, in the Official Records of Orange County, California, as Document No. 2007000537022, and as a lien on that certain real property described on Exhibit A, attached hereto and made a part hereof.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under each of the foregoing described Deeds of Trust.

The foregoing assignment is made "AS IS, WHERE IS, AND WITH ALL FAULTS, DEFICIENCIES, AND DEFECTS, LATENT OR PATENT, KNOWN OR UNKNOWN", and without recourse or representation of any kind or nature, except as expressly set forth in that certain Non-Recourse Loan Sale Agreement, dated August 29, 2013, by and between Assignor and Assignee.

[Signatures On Following Page]

This instrument filed for record by Commonwealth Land Title Company as an accommodation only. It has not been examined as to its execution or as to its effect upon the title.

35

IN WITNESS WHEREOF, this Assignment of Deed of Trust is made to be effective as of the date first above written.

**ASSIGNOR:**

PM ASSET RESOLUTION, INC.,
a California corporation

By: _____
Name: _____
Title: _____

"ASSIGNEE"

TERRACOTTA REALTY FUND, LLC,
a Delaware limited liability company

By: _Terra Cotta Industries, LLC_
~~Name~~: _a California limited liability company_
Title: _Manager_

By: The Terra Cotta Group, LLC
   a California limited liability company
Its: Manager

By: _____
Name: Tingting Zhang
Its: President

36

JS LA 9922800v3 70029-0087 8/28/13

Exhibit 4 Page 000029 (Bloyd Declaration)

IN WITNESS WHEREOF, this Assignment of Deed of Trust is made to be effective as of the date first above written.

**ASSIGNOR:**

PM ASSET RESOLUTION, INC.,
a California corporation

By: _[signature]_
Name: _MICHAEL G OLSON_
Title: _PRESIDENT CEO_

**"ASSIGNEE"**

TERRACOTTA REALTY FUND, LLC,
a Delaware limited liability company

By: _____
Name: _____
Title: _____

36

Exhibit 4 Page 000030 (Bloyd Declaration)

STATE OF CALIFORNIA         )
                            ) ss
COUNTY OF __ORANGE__        )

On __05-09-2013__, before me, __Simi Daravong__, a Notary Public, personally appeared __Michael G. Green__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

SIMI DARAVONG
Commission # 1955834
Notary Public - California
Orange County
My Comm. Expires Oct 9, 2015

STATE OF CALIFORNIA         )
                            ) ss
COUNTY OF _____   )

On _____, before me, _____, a Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Exhibit 4 Page 000031 (Bloyd Declaration)

STATE OF CALIFORNIA              )
                                 ) ss
COUNTY OF _____        )

On _____, before me, _____, a Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public


STATE OF CALIFORNIA              )
                                 ) ss
COUNTY OF _Los Angeles_          )

On _September 9, 2013_, before me, _Daniel Zhu_, a Notary Public, personally appeared _Tingting Zhang_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Notary Public

> DANIEL ZHU
> Commission # 2017980
> Notary Public - California
> Los Angeles County
> My Comm. Expires Apr 6, 2017

37

JS LA 9922800v3 70029-0087 8/28/13

Exhibit 4 Page 000032 (Bloyd Declaration)

## EXHIBIT A TO ASSIGNMENT OF DEED OF TRUST
## LEGAL DESCRIPTION OF PROPERTY

PARCEL NO. 1, IN THE CITY OF SAN JUAN CAPISTRANO, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A PARCEL MAP FILED IN BOOK 79, PAGES 26 AND 27 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ALL WATER, CLAIMS OR RIGHTS TO WATER, IN OR UNDER SAID LAND.

APN: 668-291-13