# EXHIBIT 5

**TerraCotta Realty Fund, LLC**

# Payoff Statement

December 30, 2013

To: Buchalter Nemer
Attn: Scott O. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Property located at: 32881 Camino Capistrano, San Juan Capistrano, CA 92675
Original Principal Balance: $5,700,000.00
Loan Number: 601904413 to Auto Orange II, LLC ("**Borrower**")
Payoff Statement good through November 21, 2013

| Description | Amount | |
|---|---|---|
| Principal Balance | $ | 5,349,931.01 |
| Delinquent Monthly Payments | | |
| July 2013 Payment – ($58,425.39 less Chrysler rent ($34,479.25)) | $ | 23,946.14** |
| August 2013 Payment – ($58,425.39 less Chrysler rent ($34,479.25)) | $ | 23,946.14** |
| September 2013 Payment – ($58,425.39 less Chrysler rent ($34,479.25)) | $ | 23,946.14** |
| October 2013 Payment – ($58,425.39 less Chrysler rent ($34,479.25)) | $ | 23,946.14** |
| November 2013 Payment – ($58,425.39 less Chrysler rent ($7,363.63)) | $ | 51,061.76** |
| Default Interest implemented due to guarantor BK filing, default interest from 5/30-6/24 (less than 30 days). | $ | 27,046.87 |
| Late Fees | $ | 4,944.84 |
| Legal Fees (*as of November 8, 2013) | $ | 14,425.00 |
| Trustee Fees | $ | 6,335.00 |
| Reinstatement Fee | $ | 75.00 |
| Reconveyance & Notary | $ | 80.00 |
| Total Due: | $ | 5,549,684.04 |

*Legal fees indicated are as of November 8, 2013
**Amount of deficiency calculated after application of each payment
**Default Per Diem**: $1,827.89
**Note Rate Per Diem**: $787.63

**Note: Third party fees may increase between now and the reinstatement of the loan. Please contact our office 24 hours prior to closing to confirm reinstatement figures.**

Submit Cashier's Check to:
TerraCotta Realty Fund, LLC
2321 Rosecrans Avenue Suite 3270
El Segundo, CA 90245