# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500 Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF GREGORY A. BLOYD IN SUPPORT OF (1) TERRACOTTA REALTY FUND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (2) MOTION FOR DISMISSAL OF BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 7, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   ATTORNEY FOR CREDITOR:  Kyra E Andrassy     kandrassy@wgllp.com, msciesinski@wgllp.com
   INTERESTED PARTY: Lei Lei Wang Ekvall, lekvall@wgllp.com, tjones@wgllp.com
   ATTORNEY FOR CREDITOR: Brian T Harvey, bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com
   ATTORNEY FOR US TRUSTEE: Elizabeth A Lossing     elizabeth.lossing@usdoj.gov
   ATTORNEY FOR CREDITOR: Scott O Smith, ssmith@buchalter.com
   UNITED STATES TRUSTEE:United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
   ATTORNEY FOR DEBTOR: James D Zhou,jzhou@zhouchinilaw.com, zclawbeth@gmail.com; rchini@zhouchinilaw.com;ggarcia@zhouchinilaw.com;ajafroudi@zhouchinilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 7, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Auto Orange II, LLC
9160 Irvine Center Dr., Suite 200
Irvine, CA 92618

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 7, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail - FedEx**
Honorable Catherin E. Bauer
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593
(courtesy copies: bin beside 5th floor elevators)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2014 | R. Reeder | /s/ R. Reeder |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

### 20 Largest Unsecured Creditors

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

Internal Revenue Services
PO Box 7346
Philadelphia, PA 19114

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**